IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

VELIA REYES AND GUADALUPE LOPEZ,

    Plaintiffs,

v.                                                          No. 1:14-CV-990- KG/WPL

ALBUQUERQUE COUNTRY CLUB and
LEO MALDONADO,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Joint Motion by the parties, it appearing to the Court that the above entitled cause been fully settled and compromised, it is

ORDERED, ADJUDGED AND DECREED, that the above entitled action be and it is hereby is, dismissed with prejudice, with all parties to bear their own costs and attorney's fees.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED AND APPROVED:

_/s/_____      _/s/_____
Nancy L. Simmons                                   Robert P. Tinnin, Jr.
Law Offices of Nancy L. Simmons, PC       Tinnin Law Firm, PC
120 Girard Blvd., SE                          500 Marquette NW, Ste, 1300
Albuquerque, NM 87106                   Albuquerque, NM 87102
*Attorney for Plaintiffs*                          *Attorney for Defendant ACC*

_/s/_____
J. Edward Hollington
708 Marquette Ave. NW
Albuquerque NM 87102-2035
*Attorney for Defendant Leo Maldonado*